BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00376WI-DLB |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| ERNESTO SALGADO-GUZMAN, DEMETRIO CORTEZ-SALGADO, ZEFERINA SALGADO GUZMAN DE CORTEZ, VICTORINO EPIFANIO BAZANTE PACHECO, and FLORENCIO MORALES-SOLANO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman, Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar, attorney for Zeferina Salgado Guzman de Cortez, Roger Litman, attorney for Victorino Epifanio Bazante Pacheco, and Hadi Ty Kharazi, attorney for Florencio Morales-Solano, that the status conference set for May 14, 2012 at 1:00 pm be continued to June 11, 2012 at 1:00 pm. The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 14,

2012, and the parties believe that additional time will be necessary to engage in further plea negotiation discussions. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 7, 2012 Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: May 7, 2012 /s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for Ernesto Salgado-Guzman

Dated: May 7, 2012 /s/ Mark Coleman
MARK COLEMAN
Attorney for Demetrio Cortez-Salgado

Dated: May 7, 2012 /s/ Roger Bonakdar
ROGER BONAKDAR
Attorney for Zeferina Salgado Guzman de Cortez

Dated: May 7, 2012 /s/ Roger Litman
ROGER LITMAN
Attorney for Victorino Bazante Pacheco

Dated: May 7, 2012 /s/ Hadi Ty Kharazi
HADI TY KHARAZI
Attorney for Florencio Morales-Solano

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May14, 2012 to, and including, June 11, 2012,

based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **May 10, 2012**              /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE