1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. 1:11-CR-00376WI-DLB
                                     )
12                   Plaintiff,      )  STIPULATION AND
                                     )  ORDER FOR CONTINUANCE OF STATUS
13  v.                               )  CONFERENCE
                                     )
14  ERNESTO SALGADO-GUZMAN,          )
    DEMETRIO CORTEZ-SALGADO,         )
15  ZEFERINA SALGADO GUZMAN DE       )
    CORTEZ,                          )
16  and FLORENCIO MORALES-SOLANO,    )

17  _____Defendants._____

18       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

19  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

20  Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman,

21  Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar,

22  attorney for Zeferina Salgado Guzman de Cortez, and Hadi Ty Kharazi,

23  attorney for Florencio Morales-Solano, that the status conference set

24  for June 11, 2012 at 1:00 pm be continued to July 23, 2012 at 1:00

25  pm. The parties have been involved in plea discussions, and need

26  additional time to finalize such discussions.  Additionally,

27  codefendant Victorino Bazante-Pacheco requested and was granted a

28  continuance of his status conference to July 23, 2012.  The parties

                                    1

1 will work to be prepared to resolve the matters, agree on a briefing

2 schedule for motions, or agree on a trial date at the next status

3 conference.  The parties further request the Court to enter an Order

4 finding that the "ends of justice" served by a continuance outweigh

5 the interest of the public and the defendant in a speedy trial, and

6 that the delay occasioned by such continuance is excluded from the

7 Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

8
Dated: June 8, 2012                    Respectfully submitted,
9
                                       BENJAMIN B. WAGNER
10                                      United States Attorney

11
                                   By    /s/ Kimberly A. Sanchez
12                                      KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney
13
Dated: June 8, 2012                     /s/ Yan Shrayberman
14                                      YAN SHRAYBERMAN
                                        Attorney for Ernesto Salgado-
15                                      Guzman

16 Dated: June 8, 2012                   /s/ Mark Coleman
                                        MARK COLEMAN
17                                      Attorney for Demetrio Cortez-
                                        Salgado
18
Dated: June 8, 2012                     /s/ Roger Bonakdar
19                                      ROGER BONAKDAR
                                        Attorney for Zeferina Salgado
20                                      Guzman de Cortez

21
Dated: June 8, 2012                     /s/ Hadi Ty Kharazi
22                                      HADI TY KHARAZI
                                        Attorney for Florencio Morales-
23                                      Solano

24       IT IS SO ORDERED.

25     Dated:   **June 8, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28

2