```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ERNESTO SALGADO-GUZMAN,<br>DEMETRIO CORTEZ-SALGADO,<br>ZEFERINA SALGADO GUZMAN DE CORTEZ,<br>and FLORENCIO MORALES-SOLANO,<br><br>  Defendants. | CASE NO. 1:11-CR-00376WI-DLB<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

  IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman, Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar, attorney for Zeferina Salgado Guzman de Cortez, and Hadi Ty Kharazi, attorney for Florencio Morales-Solano, that the status conference set for June 11, 2012 at 1:00 pm be continued to July 23, 2012 at 1:00 pm. The parties have been involved in plea discussions, and need additional time to finalize such discussions.  Additionally, codefendant Victorino Bazante-Pacheco requested and was granted a continuance of his status conference to July 23, 2012.  The parties

1

will work to be prepared to resolve the matters, agree on a briefing schedule for motions, or agree on a trial date at the next status conference. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: June 8, 2012                         Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                     By     /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

Dated: June 8, 2012                         /s/ Yan Shrayberman
                                            YAN SHRAYBERMAN
                                            Attorney for Ernesto Salgado-Guzman

Dated: June 8, 2012                         /s/ Mark Coleman
                                            MARK COLEMAN
                                            Attorney for Demetrio Cortez-Salgado

Dated: June 8, 2012                         /s/ Roger Bonakdar
                                            ROGER BONAKDAR
                                            Attorney for Zeferina Salgado Guzman de Cortez

Dated: June 8, 2012                         /s/ Hadi Ty Kharazi
                                            HADI TY KHARAZI
                                            Attorney for Florencio Morales-Solano

IT IS SO ORDERED.

Dated:   **June 8, 2012**                   **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE