BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00376WI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR CONTINUANCE OF STATUS |
| v. ) | CONFERENCE |
| ) | |
| ERNESTO SALGADO-GUZMAN, ) | |
| DEMETRIO CORTEZ-SALGADO, ) | |
| ZEFERINA SALGADO GUZMAN DE ) | |
| CORTEZ, ) | |
| VICTORINO BAZANTE-PACHECO ) | |
| and FLORENCIO MORALES-SOLANO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Ernesto Salgado-Guzman, Mark Coleman, attorney for Demetrio Cortez-Salgado, Roger Bonakdar, attorney for Zeferina Salgado Guzman de Cortez, and Hadi Ty Kharazi, attorney for Florencio Morales-Solano, that the status conference set for September 24 at 1:00 pm be continued to October 22, 2012 at 1:00 pm. The parties have been involved in plea discussions, and need additional time to finalize such discussions. Additionally, the government is working with defendant's Florencio Morales-Solano and Victorino Bazante-Pacheco on further investigation involving handwriting analyses, and that examination has not concluded. Codefendant Victorino Bazante-Pacheco requested a continuance of the

1

status conference to October 22, 2012, but the parties did not have all counsels' concurrence in a continuance when the request was filed. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 20, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: September 20, 2012

/s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for Ernesto Salgado-Guzman

Dated: September 20, 2012

/s/ Mark Coleman
MARK COLEMAN
Attorney for Demetrio Cortez-Salgado

Dated: September 20, 2012

/s/ Roger Bonakdar
ROGER BONAKDAR
Attorney for Zeferina Salgado Guzman de Cortez

Dated: September 20, 2012

/s/ Hadi Ty Kharazi
HADI TY KHARAZI
Attorney for Florencio Morales-Solano

IT IS SO ORDERED.

Dated: **September 21, 2012**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2