# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

MAR 07 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** )<br> **vs.** )<br> Zeferina Guzman de Cortez )<br> ) | **Case No.** 1:11CR0376-004 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Zeferina Guzman de Cortez___ , have discussed with _____Lydia J. Serrano_____ , Pretrial Services Officer, modifications of my release conditions as follows:

Removing the condition of release which pertains to participation in the Location Monitoring program and Home Detention.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Zeferina Cortez_  3-5-13                    _[signature]_  3-5-13
Signature of Defendant        Date         Pretrial Services Officer   Date
Zeferina Guzman de Cortez                   Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                3/7/13
Signature of Assistant United States Attorney      Date
Kimberly Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                3/7/13
Signature of Defense Counsel                 Date
Roger Shahriar Bonakdar

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on      3/7/13

☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                3/7/13
Signature of Judicial Officer                Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services