BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00376 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ZEFERINA SALGADO-GUZMAN DE CORTEZ, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Roger Bonakdar, attorney for the defendant, that the sentencing set for June 23, 2014 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to July 14, 2014 at 8:30 a.m. The parties understand another judge will be covering the June 23, 2014 proceedings, and the defendant prefers to be sentenced by Judge O'Neill as he has sentenced all other defendants in the case and is familiar with the facts.

///

///

///

///

///

Stipulation and Order                   1

The parties have coordinated their schedules, and the first available date after the Court's availability for both counsel is July 14, 2014.

Dated: June 3, 2014						Respectfully submitted,

								BENJAMIN B. WAGNER
								United States Attorney

							By    /s/ Kimberly A. Sanchez
								KIMBERLY A. SANCHEZ
								Assistant U.S. Attorney

Dated: June 3, 2014						/s/ Roger Bonakdar
								ROGER BONAKDAR
								Attorney for the defendant

IT IS SO ORDERED.

Dated:   **June 4, 2014**			            **/s/ Lawrence J. O'Neill**
							UNITED STATES DISTRICT JUDGE

Stipulation and Order                                  2