(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**

ROGER S. BONAKDAR #253920
2344 TULARE STREET, SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

ATTORNEY FOR ZEFERINA SALGADO-GUZMAN DE CORTEZ

FILED AUG 25 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00376 LJO-BAM (004) |
| Plaintiff, | |
| v. | **ORDER EXONERATING BOND** |
| ZEFERINA SALGADO-GUZMAN DE CORTEZ, | |
| Defendant. | |

Defendant Zeferina Salgado-Guzman de Cortez (herein "Ms. Salgado-Guzman de Cortez"), motion for an Order Exonerating Bond having come before this Court, and good cause appearing therefore, it is hereby ORDERED:

The Court finds that Ms. Salgado-Guzman de Cortez was released pursuant to a $10,000.00 cash bond posted on August 3, 2012. Ms. Salgado-Guzman de Cortez is no longer subject to the custody of this Court having been sentenced to a term of "Time Served" and 36 months probation.

THEREFORE, it is ORDERED that the Clerk of the Court is to exonerate the $10,000.00 cash bond posted in this case, with said funds being released to the depositor of record who paid said funds on behalf of Ms. Salgado-Guzman de Cortez on August 3, 2012, Document 72, receipt number #CAE100019678.

///

1
ORDER EXONERATING BOND

1  IT IS SO ORDERED. Bond is Exonerated

2  DATED: 8/25/14

_____
BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE